UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**THE BURLINGTON INSURANCE COMPANY,**

    Plaintiff/Consolidated Defendant,

v.

**JEFFREY SCOTT MCGAUGHEY,**

    Defendant,

**ROSIE O'GRADY'S, INC.,**

    Defendant/Consolidated Plaintiff.
_____/

CASE NO. 3:22cv9236-MCR-ZCB
[LEAD CASE]

3:22cv19555-MCR-ZCB
[MEMBER CASE]

## JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE to allow the underlying state court action to proceed to a final judgment, settlement, or other final resolution.

JESSICA J. LYUBLANOVITS
CLERK OF COURT

September 22, 2023
DATE

*s/ Jennifer F. Johnson*
Deputy Clerk: Jennifer F. Johnson